UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61606-CIV-ZLOCH

NADIA LEBETKIN,

      Plaintiff,

vs.                                                           O R D E R

REGENT SEVEN SEAS CRUISES,
INC., et al.,

      Defendants.
_____/

    THIS MATTER is before the Court upon Plaintiff Nadia Lebetkin's Amended Complaint (DE 4), which this Court construes as a Motion To Reopen The Case. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The Court notes that on December 13, 2007, it entered a Final Order Of Dismissal (DE 2), without prejudice, due to a lack of subject matter jurisdiction over the case. The instant Motion (DE 4) was filed on December 21, 2007.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Plaintiff Nadia Lebetkin's Amended Complaint (DE 4), which this Court construes as a Motion To Reopen The Case, be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of January, 2008.

                                              WILLIAM J. ZLOCH
                                              United States District Judge

Copies furnished:
All Counsel of Record